**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: January 27, 2014
Court Reporter: Janet Coppock                  Time: 45 minutes
Probation Officer: Justine Kozak               Interpreter: n/a

---

**CASE NO.  13-CR-00230-PAB**

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  David Tonini
                                               USBOP Clay Cook



        Plaintiff,

vs.

**TODD A. LAWTON,**                            Edward Harris




        Defendant.

---

**SENTENCING**

---

**11:04 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report
are not disputed by the parties and are adopted in the Court's factual findings in this case.
The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses defendant's objections to the presentence investigation report.

Page Two
13-CR-00320-PAB
January 27, 2014

Argument by Mr. Harris in support of the defendant's Motion for Non-Guideline Sentence and Motion for Variant Sentence to Time served and comments addressing sentencing.

Argument by Mr. Tonini and comments addressing sentencing.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Variance [Docket No. 43] is **DENIED as MOOT.**

**ORDERED:**   Defendant's Motion for Non-Guideline Sentence and Motion for Variant Sentence to Time Served [Docket No. 42] is **DENIED as MOOT.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **October 16, 2013** to counts **Six and Eight of the Indictment.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **one year and one day** as to counts Six and Eight, to be served concurrently.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year as to counts Six and Eight to be served concurrently with each other and any other terms of supervised release.

**ORDERED:   Conditions** of Supervised Release that:
- (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)   While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**)   Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

Page Three
13-CR-00320-PAB
January 27, 2014

      (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

      ()    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:**  **Special Condition** of Supervised Release that:

      (**X**)    Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

      (**X**)    Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the    presentence report to the treatment agency for continuity of treatment.

      (**X**)    Defendant shall participate in and successfully complete an approved sex offender evaluation and treatment, which may include polygraph and plethysmograph and Abel examinations, as directed by the probation officer. The defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**ORDERED:**  Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Government's Motion to Dismiss Counts [Docket No. 44] is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
13-CR-00320-PAB
January 27, 2014

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**11:49 a.m.    COURT IN RECESS**

**Total in court time:   45 minutes**

**Hearing concluded**