IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00230-PAB

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1. TODD A. LAWTON,

　　　　Defendant.

---

## ORDER

---

　　　　This matter is before the Court on the Government's Motion to Dismiss Certain Counts [Docket No. 44]. The Court has reviewed the pleading and is fully advised in the premises. It is

　　　　**ORDERED** that the Government's Motion to Dismiss Certain Counts [Docket No. 44] is granted. Counts 1 through 5, 7, 9, and 10 of the Indictment are dismissed.

　　　　DATED January 27, 2014.

　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　PHILIP A. BRIMMER
　　　　　　　　　　　　　United States District Judge